**Order entered July 19, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00937-CR

**FELIX SAM ROBERTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F14-45368-H**

## ORDER

The Court **GRANTS** appellant's motion for extension of time to file appellant's reply brief.

We **ORDER** appellant to file the reply brief within **TWENTY DAYS** from the date of this order.

/s/    ADA BROWN
        JUSTICE